UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Vickie D. Davis, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-19-3884 |
| | § | |
| Portfolio Recovery Associates, LLC, | § | |
|     Defendant. | § | |

# **ORDER FOR DISCLOSURE**

By January 16, 2020, in addition to the initial disclosures required by Federal Rule of Civil Procedure 26, the parties must exchange the documents described in the attached "Initial Discovery Protocols in Debt Collection Cases."

Signed on October 25, 2019, at Houston, Texas.

_____
Peter Bray
United States Magistrate Judge

# INITIAL DISCOVERY PROTOCOLS IN DEBT COLLECTION CASES

1. Plaintiff will deliver to Defendant[s]:

    a. Documentation of the "subject debt" identified in the Complaint.

    b. A list of the telephone calls Plaintiff received from Defendant[s] with the phone number, time, date and duration of each call.

    c. Copies of voicemail messages left by Defendant[s].

    d. If the calls were recorded, copies of the recordings.

    e. Copies of any written communications between Plaintiff and Defendant[s].

2. Defendant[s] will deliver to Plaintiff:

    a. Documentation of the debt it was calling Plaintiff about.

    b. A list of telephone calls Defendant[s] made to Plaintiff, with the number, time, date, and duration of each call.

    c. Copies of voicemail messages left by Plaintiff.

    d. If the calls were recorded, copies of the recordings.

    e. Copies of all written communications between Plaintiff and Defendant[s], including any verification of the debt.

3. If these categories of documents do not exist, inform the other side of that fact.

4. Do not file objections to this order.